UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DORIAN VASQUEZ,

                            Plaintiff,

v.
                                                              ORDER

STONY POINT POLICE DEPARTMENT,
                                                              21-cv-05089-PMH

                            Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       The Court has been informed that the Parties have reached a settlement in principle in this

case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without

prejudice to restoring the action to the Court's calendar, provided the application to restore the

action is made within thirty (30) days of this Order. Any application to reopen filed after thirty

(30) days from the date of this Order may be denied solely on that basis. Any pending motions are

DISMISSED as moot, and all conferences are CANCELED.


Dated:  White Plains, New York
        October 8, 2021


                                        _____
                                        Philip M. Halpern
                                        United States District Judge